Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 AUG -8 AM 10: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

MEGAN MOULIN, an individual

vs

COLLECTCORP CORPORATION,
a California Corporation; and DOES
1-100, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1445 J CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Leonard H. Burgess, Esq.
LAW OFFICES OF LEONARD H. BURGESS
402 West Broadway, Ste. 1760
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

_____
CLERK

J HINKLE

_____          _____
By                    , Deputy Clerk        DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)